**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| EILEEN CARRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:06-0157 |
| | ) | Judge Trauger |
| DEBRA GONZALEZ, M.D., | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

## O R D E R

On September 19, 2006, the Magistrate Judge issued a Report and Recommendation, recommending, in part, that the defendant's Motion for Summary Judgment be granted. (Docket No. 19) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendant's Motion for Summary Judgment (Docket No. 10) is **GRANTED**, and this case is **DISMISSED**. The Plaintiff's Motion for an Extension of Time to Conduct Discovery (Docket No. 16) is **DENIED AS MOOT**.

It is so **ORDERED.**

Enter this 18th day of October 2006.

_____
ALETA A. TRAUGER
U.S. District Judge